UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-326-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER TO SEAL |
| v. | : | |
| | : | |
| LARRY DONNELL TAYLOR | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 51 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office. and defense counsel.

This the ____27<sup>t</sup>____ day of August, 2013.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE