IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00326-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LARRY DONNELL TAYLOR, | ) | |
| Defendant. | ) | |

This matter is before the court on Larry Donnell Taylor's Motion to Correct Clear Error in Sentence [DE-76]. In his motion, Taylor argues that the court erred by sentencing him with a "clearly erroneous" Guideline range.

A review of the record reveals that on September 3, 2014, Taylor was sentenced to 240 months' imprisonment on Count One and 240 months' imprisonment on Count Two. *See* Judgment [DE-72]. It was ordered that the sentence imposed in Count Two would be served concurrently with the sentence imposed in Count One. On September 9, 2014, Taylor filed a Notice of Appeal [DE-74] of this court's September 3, 2014 Judgment.

This court was without jurisdiction once Taylor filed the Notice of Appeal on September 9, 2014. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") For this reason, Taylor's Motion to Correct Clear Error in Sentence [DE-76] is DISMISSED.

SO ORDERED.

This, the 11th day of September, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge