IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-cr-00326-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY DONNELL TAYLOR | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 19, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(1), forfeiting the following property to the United States, to wit: a) $551,136.00 in United States Currency, (b) a 2004 Porsche Cayenne, VIN: WP1AC29P34LA93025, (c) a 1998 Jaguar XJ-8, VIN: SAJHX1243WC813216, and (d) a 2004 Ford F-150, VIN: 1FTRW12W74KC53601.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 23, 2013 and June 28, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are as follows: Allen Wayne Grimble, Jr., Tonya Denise Blue and Terrie Annette Bethea;

AND WHEREAS, service of the Preliminary Order of Forfeiture was attempted on Allen Wayne Grimble and Terrie Annette Bethea on May 7. 2014 by Agent Christensen, but after reasonable attempts, was unable to be made;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Tonya Denise Blue, on March 14, 2013, by Agent Christiansen;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's February 19, 2013 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the February 19, 2013 Preliminary Order of Forfeiture, is hereby forfeited to the United States. That the United States Department of Treasury and the United States Department of Justice are directed to dispose of the property according to law.

2. With respect to the $551,136.00 only, that any and all forfeited funds shall be deposited by the United States

2

Department of Justice as soon as located or recovered into the Department of Justice's Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

3. With respect to the vehicles only, that any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 22 day of July, 2015.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE